## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WAFB | E 1441472 | Keely N | K9991 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/15/2023  2000 | 12-6-101 (iii) |

Place of Offense: Bldg. #525 Gate 2 FE Warren AFB

Offense Description: Factual Basis for Charge    HAZMAT ☐
Sale or possession prohibited; when possession unlawful; public drunkness; falsification of identification. Possess any alcoholic or malt beverage

**DEFENDANT INFORMATION**
Last Name: Johnson
First Name: Anna Grace

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BQEJ75 | CD | 2014 | Subaru/Cross Trek | | White |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 2120 Capitol Ave, Cheyenne, WY 82001
Date: 01/9/2024
Time: 0930

X Defendant Signature: [signature]

Original - CVB Copy
*E1441472*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 15 Nov, 2023 while exercising my duties as a law enforcement officer in the WAFB District of Laramie County WY

See attached document.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/15/2023   Nathaniel [signature] Keely N
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident